THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Mary S.
 Turbeville, as Personal Representative of the Estate of Edwin D. Turbeville,
 Sr., Petitioner,
 v.
 Thomas G.
 Wilson and Robert E. Turner, III Respondents.
 
 
 

ON WRIT OF CERTIORARI TO 
THE COURT OF APPEALS
Appeal from Florence County
James E. Brogdon, Jr., Circuit Court Judge
Memorandum Opinion No. 2008-MO-031
Heard June 11, 2008  Filed July 7, 2008
DISMISSED

 
 
 
 Marvin P. Jackson, Jr., of Florence, for petitioner.
 Andrew F. Lindemann of Davidson, Morrison and Lindemann,
 P.A., of Columbia; and Marian Williams Scalise of Richardson, Plowden &
 Robinson, of Myrtle Beach, for respondent. 
 
 
 

PER CURIAM:  We
 granted a writ of certiorari to review the Court of Appeals unpublished decision
 in this case.  After careful consideration, we dismiss the writ as
 improvidently granted. 
TOAL, C.J., MOORE, WALLER, PLEICONES, JJ., and Acting Justice
 Peter L. Fuge, concur.